RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
BRENT D. QUIST, ESQ.
Nevada Bar No. 009157
bquist@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant, Baljit Manju and Dhesi Logistics LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL PAGE,

　　　　　　　　Plaintiff,

vs.

BALJIT MANJU and DHESI LOGISTICS LLC,

　　　　　　　　Defendants.

Case No: 2:23-CV-01136-JCM-EJY

**STIPULATION AND ORDER TO TRANSFER THIS MATTER TO THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF ARIZONA, PRESCOTT DIVISION**

Plaintiff MICHAEL PAGE, by and through his counsel of record, SCHUETZE, McGAHA, TURNER & FERRIS, PLLC, and BALJIT MANJU and DHESI LOGISTICS LLC, by and through their counsel of record, DENNETT WINSPEAR, LLP, hereby stipulate to transfer this matter to the United States District Court of the District of Arizona, Prescott Division, pursuant to 28 USC §1404(a) and 28 USC §1391(2).

Specifically, the parties stipulate to the following:

1.　　That this case arises out of a motor vehicle accident that occurred on I-40 near mile marker 49 in Kingman, Arizona, in Mohave County, Arizona;

2.　　That 28 USC §1404(a) provides that a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented;

3.　　That a civil action may be brought in the judicial district in which a substantial part

of the events occurred (28 USC §1391(2));

4. That venue is proper where an alleged injury occurred (*Brooke v. Hotel Investment Group, Inc.*, 2017 WL 4124042 (D.Arizona 2017));

5. That the Rules of Practice and Procedure of the U.S. District Court for the District of Arizona, LRCiv 77.1(a) provides that the Prescott Division compromises the following counties: Apache, Navajo, Coconino, Mohave, and Yavapai counties.

6. That LRCiv 77.1(c)(2) provides that all civil causes of action arising in the Prescott division "shall be tried in Prescott[;]" and

7. Finally, that the Court transfer this matter to the United States District Court of the District of Arizona, Prescott Division.

| **DENNETT WINSPEAR, LLP** | **SCHUETZE, McGAHA, TURNER & FERRIS, PLLC** |
|---|---|
| By /s/ Ryan L. Dennett<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 005617<br>BRENT D. QUIST, ESQ.<br>Nevada Bar No. 009157<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>Telephone: (702) 839-1100<br>Facsimile: (702) 839-1113<br>***Attorneys for Defendant, Baljit Manju and Dhesi Logistics LLC*** | By /s/ William W. McGaha<br>WILLIAM W. McGAHA, ESQ.<br>Nevada Bar No. 003234<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>Telephone: (702) 369-3225<br>Facsimile: (702) 839-1113<br>***Attorneys for Plaintiffs, Michael Page*** |

### ORDER

Based upon the Stipulation of the parties and good cause appearing, the Court hereby transfers the above captioned matter to the United States District Court of the District of Arizona, Prescott Division.

IT IS SO ORDERED November 14, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

# Theresa Amendola

| | |
|---|---|
| **From:** | Bill McGaha <bmcgaha@smlvlaw.net> |
| **Sent:** | Thursday, November 9, 2023 4:44 PM |
| **To:** | Theresa Amendola |
| **Cc:** | Brent Quist; Donna Brand |
| **Subject:** | RE: Stip and Order to Change Venue |

Theresa:

Good to go and please affix my electronic signature.

Kindest Regards,

William W. McGaha, Esq.
**Legalride, L.L.C.**
**Schuetze, McGaha, Turner & Ferris, P.L.L.C.**
601 South Rancho Drive, Suite C-20
Las Vegas, Nevada 89106

Phone (702) 369-3225
Facsimile (702) 369-2110
Direct Dial (725) 228-3231
**Our firm has proudly served Nevadans since 1993.  Visit our website at www.legalride.com.  AV Peer Review Rated by Martindale-Hubble**.

This communication, including any attachments, may contain confidential information and is intended only for the recipient(s) to whom it is addressed. Any review, dissemination, or copying of this communication by anyone other than the intended recipient is strictly prohibited.  If you are not the intended recipient, please contact the sender via email and delete all copies of the original message.

---

**From:** Theresa Amendola <tamendola@dennettwinspear.com>
**Sent:** Thursday, November 9, 2023 3:57 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>
**Cc:** Brent Quist <bquist@dennettwinspear.com>
**Subject:** Stip and Order to Change Venue

Good afternoon:

Can you review the attached and if meets your approval, please advise if we can e-sign on your behalf, or feel free to suggest changes.

Thank you.

Theresa


**(Please "reply all" to this email so that our conversations are saved to the case file)**

1